(February 5, 1976)

■    ROBERT S. STARR, Respondent, v GERALD J. TUCKER, Appellant.—

Order, Supreme Court, New York County, entered on July 3, 1975, unanimously affirmed for the reasons stated by Postel, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. We interpret the first cause of action as seeking relief only as to matters subsequent to the dissolution agreement of September 30, 1968. No opinion. Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Yesawich, JJ.